IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02745-WYD-BNB

ERNESTO ARELLANES SANTIAGO,

    Plaintiff,

v.

MR. BROWN, H.S.A. at Lewisburg USP,
JOCELYN CELESTIN, P.R.C. at USP Coleman,
FASCIANA, P.R.C. Primary Care Provider at USP Lewisburg, involved in Plaintiff [sic] case after his stabbing, sued in their individual capacity,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated: March 30, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02745-WYD-BNB

Ernesto Arellanes-Santiago
Reg. No. 05330-298
USP – Florence
PO Box 7000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Mr. Brown, Jocelyn Celestin, and Fasciana

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Mr. Brown, Jocelyn Celestin, and Fasciana; to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 3/16/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/31/11   .

                                  GREGORY C. LANGHAM, CLERK

                          By:_____
                                       Deputy Clerk